**Hecker Fink LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

DIRECT DIAL    929.294.2536
DIRECT EMAIL   gtenzer@heckerfink.com

March 21, 2025

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   Re: *Doe v. Columbia University*, No. 25-cv-02132-DEH (S.D.N.Y.)

Dear Judge Ho:

  We write on behalf of Defendant Trustees of Columbia University in the City of New York[1] ("Columbia") in the above-captioned action to consent to Plaintiff's Application to Give Pseudonym Protection to Plaintiff, the University Female Complainant, and a Non-Party Student Witness in the University Proceeding, ECF 5, and to respectfully request that Plaintiff's Complaint, ECF 1, be sealed.

  Columbia does not object to Plaintiff's application for pseudonym status. *See* ECF 5. However, Plaintiff's Complaint, ECF 1, appears to inadvertently include the name of one of the otherwise pseudonymized non-parties, and it includes photographs of pseudonymized individuals. Therefore, Columbia respectfully requests that Plaintiff's Complaint, ECF 1, be placed under seal. Consistent with Rule 6(d)(iii) of Your Honor's Individual Rules and Practices in Civil Cases, Columbia submits with this letter a proposed redacted version of Plaintiff's Complaint filed on the public docket and an unredacted version of Plaintiff's Complaint with the proposed redactions shown in highlight, filed under seal. Plaintiff consents to this request.

            Respectfully submitted,

            Gabrielle E. Tenzer

cc: Plaintiff John Doe (via ECF)

---

[1] Columbia University is officially incorporated under the name "The Trustees of Columbia University in the City of New York," which is therefore the proper defendant in this case.