**Hecker Fink LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL    929.294.2536
DIRECT EMAIL   gtenzer@heckerfink.com

March 21, 2025

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   *Re:* *Doe v. Columbia University*, No. 25-cv-02132-DEH (S.D.N.Y.)

Dear Judge Ho:

  We write on behalf of Defendant Trustees of Columbia University in the City of New York ("Columbia"), pursuant to Rule 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, to respectfully request an extension of Columbia's time to answer or otherwise respond to Plaintiff's Complaint, ECF 1. Under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Columbia's current deadline to answer the Complaint is Monday, April 7, 2025. In light of the length and nature of Plaintiff's Complaint, Columbia respectfully requests a deadline of Friday, May 16, 2025, or 60 days from the date of service. This is Columbia's first request for an extension, and Plaintiff consents to Columbia's request. The parties have no scheduled appearances before the Court.

            Respectfully submitted,

            Gabrielle E. Tenzer

cc: Plaintiff John Doe (via ECF)