# AFFIDAVIT OF SERVICE

| Case: 25CV02132 | Court: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | County: | Job: 12911505 |
|---|---|---|---|
| Plaintiff / Petitioner: JOHN DOE | | Defendant / Respondent: COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | |
| Received by: Undisputed Legal | | For: JOHN DOE | |
| To be served upon: The Trustees of Columbia University in the City of New York c/o Office of the Secretary of the University | | | |

I, Michael Gorman, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** NATASHA "DOE" (REFUSED LAST NAME), 211 LOW LIBRARY 535 WEST 116TH ST, NEW YORK, NY 10027
**Manner of Service:** Authorized, Mar 17, 2025, 3:11 pm EDT
**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT

**Additional Comments:**
1) Successful Attempt: Mar 17, 2025, 3:11 pm EDT at 211 LOW LIBRARY 535 WEST 116TH ST, NEW YORK, NY 10027 received by NATASHA "DOE" (REFUSED LAST NAME). Age: 60; Skin Color: Hispanic; Gender: Female; Weight: 145; Height: 5'6"; Hair: Gray; The recipient confirmed they are authorized to accept

_____  3-18-25
Michael Gorman           Date
1381333

Undisputed Legal

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

3-18-25                    11/26/26
Date                      Commission Expires

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

JUDGE HO

25 CV 02132

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |
|---|---|
| JOHN DOE<br>*Plaintiff(s)*<br>v.<br><br>COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Trustees of Columbia University in the City of New York
c/o Office of the Secretary of the University
211 Low Library, 535 West 116th Street, New York, New York, 10027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Doe
PO Box #250050
New York, New York 10025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 14 2025

*Tammi M. Hallburg*

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*