USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

            Plaintiff,

   -v-

COLUMBIA UNIVERSITY,

           Defendant.

**ORDER**

25-CV-2132 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated March 24, 2025, this case was referred to me for general pretrial supervision. A telephone conference is scheduled on **Monday, March 31, 2025 at 4:00 p.m.** to discuss whether recusal is appropriate in light of my graduation from Columbia Law School and my wife's former employment at Columbia Law School. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 837 093 87#).

**SO ORDERED.**

Dated: March 25, 2025
      New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge