```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/31/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

      -v-

COLUMBIA UNIVERSITY,

                Defendant.

**ORDER**

25-CV-2132 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court held a conference to discuss whether recusal may be appropriate and to address certain pending uncontested applications in this case. The parties confirmed that they have no objection to the undersigned addressing these uncontested applications.

    The parties are directed to file a letter motion on the docket by April 7, 2025, if they believe recusal is warranted.

    Plaintiff seeks leave for himself, the University Female Complainant, and the Non-Party Student Witness to proceed in this case under pseudonyms. ECF No. 5. Defendant does not object to this application. ECF No. 10. As such, this application is GRANTED.

    Defendant requests that Plaintiff's Complaint, ECF No. 1, be sealed and indicates that Plaintiff consents to this request. ECF No. 10. As such, this request is GRANTED. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 10 as GRANTED. The Clerk of Court is further directed to

restrict access to the Complaint at ECF No. 1 such that only Court personnel and parties to this case can view the filing.

Defendant requests an extension of time to respond to the Complaint and indicates that Plaintiff consents to this request. ECF No. 13. As such, this application is GRANTED. Defendant's deadline to answer the Complaint is extended to May 16, 2025. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 13 as GRANTED.

Plaintiff requests permission to participate in electronic case filing in this case. ECF No. 14. This application is GRANTED and the Clerk of Court is respectfully directed to terminate the motion at ECF No. 14 as such.

**SO ORDERED.**

Dated: March 31, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge