UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOHN DOE,

                Plaintiff,

v.

COLUMBIA UNIVERSITY,

                Defendant.
------------------------------------------------------------x

Case No. 1:25-CV-02132-DEH-HJR

## PLAINTIFF'S NOTICE OF ERRATA AND MOTION FOR MISCELLANEOUS RELIEF

Plaintiff John Doe, proceeding *pro se*, respectfully submits this Notice of Errata and Motion for Miscellaneous Relief to correct a typographical error in the Complaint (ECF No. 1).

Plaintiff respectfully states that, In the "Prayer for Relief" section of the Complaint, specifically under the Fourth Cause of Action (Page 187 (4)(a)), , Plaintiff mistakenly referenced "Title IV" of the Civil Rights Act of 1964. The correct statutory basis is Title VI of the Civil Rights Act of 1964, codified at 42 U.S.C. § 2000d. All other references throughout the Complaint correctly cite Title VI, and the context of the Fourth Cause of Action makes clear that Plaintiff is asserting a race discrimination claim pursuant to Title VI. Plaintiff submits that this

constitutes a clerical error, likely attributable to his disability, and seeks the Court's grace in recognizing this as such.

Plaintiff therefore moves this Honorable Court to recognize and deem this typographical reference as corrected, and to treat the Complaint as properly asserting claims under Title VI of the Civil Rights Act, and grant such other and further relief as the Court deems just and proper.

**Dated: April 4, 2025**
**New York, New York**

**Respectfully Submitted,**
**JOHN DOE**
**By:** /s/ *[signature]*
John Doe
PO Box #250050
New York, New York 10025
(917) 450-9050
johndoe.casemail@gmail.com
**Plaintiff, Pro Se**