```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

               Plaintiff,

-v-

COLUMBIA UNIVERSITY,

               Defendant.

**ORDER**

25-CV-2132 (DEH) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated March 24, 2025, this case was referred to me for general pretrial supervision. ECF No. 16. On March 31, 2025, the Court held a conference to discuss whether recusal is appropriate in this case. ECF No. 18.

On April 4, 2025, Plaintiff filed a letter motion requesting that I recuse myself from further participation in this matter. ECF No. 20. In light of the information disclosed by Plaintiff in his letter motion and during the March 31 conference, I find that recusal is appropriate. As such, Plaintiff's letter motion, ECF No. 20, is GRANTED.

**SO ORDERED.**

Dated: April 7, 2025
       New York, New York

                                          Henry J. Ricardo
                                          United States Magistrate Judge