UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                   Plaintiff,<br><br>  -against-<br><br>COLUMBIA UNIVERSITY,<br><br>                 Defendant. | 25cv02132 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A telephonic conference is scheduled for **Tuesday, April 22, 2025 at 11:30 a.m.** The pro se plaintiff and counsel for defendant should be prepared to discuss Plaintiff's letter [ECF 24].

Please dial (646) 453-4442, Access Code: 854 745 309#.

DATED:  April 16, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge