**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

apeterson@heckerfink.com

April 18, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

        *Re:*    *Doe v. Columbia University*, No. 25-cv-02132-DEH-RFT (S.D.N.Y.)

Dear Judge Tarnofsky:

    We write on behalf of the parties in the above-captioned matter to request a settlement conference before Your Honor, pursuant to Rules I.D and V of Your Honor's Individual Practices in Civil Cases. The parties recognize the potential benefits of early settlement discussions and believe those discussions will be most productive in a settlement conference facilitated by Your Honor.

    Additionally, pursuant to Rule I.E of Your Honor's Individual Practices in Civil Cases, Columbia respectfully requests that the Court adjourn the Initial Case Management Conference currently scheduled for May 13, 2025, as well as the associated deadlines for the parties' Rule 26(a) initial disclosures and Report of Rule 26(f) Meeting and Proposed Case Management Plan. *See* ECF 23. Columbia respectfully submits that an adjournment is appropriate in light of the parties' interest in early settlement discussions and the possibility of dispositive motion practice. Indeed, Columbia intends to move to dismiss Plaintiff's claims by May 16, 2025, the current deadline for Columbia to file a responsive pleading (unless, of course, the parties have reached a settlement prior to that date). *See* ECF 19. This is the first request for an adjournment. Plaintiff is opposed to an adjournment of the Initial Case Management Conference, or to an adjournment of the associated deadlines, and respectfully submits that, pursuant to Rule V(L) of Your Honor's Individual Practices in Civil Cases, ongoing settlement efforts should not delay the litigation calendar or the parties' procedural obligations, notwithstanding Defendant's stated intention to file a motion to dismiss the complaint if a settlement agreement is not reached between the parties prior to Defendant's deadline to answer or otherwise respond to the complaint.

    The parties will be prepared to discuss these requests at the telephonic conference to be held on Tuesday, April 22, at 2:30 p.m. should the Court wish to address them at that time.

                        Respectfully submitted,

                        Anna Collins Peterson

cc:    Plaintiff John Doe (via ECF)