UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>     *Plaintiff*,<br><br> v.<br><br>COLUMBIA UNIVERSITY,<br><br>     *Defendant*. | No. 1:25-cv-02132-DEH-RFT |

### NOTICE OF DEFENDANT THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK'S MOTION TO DISMISS THE COMPLAINT

 PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant The Trustees of Columbia University in the City of New York ("Columbia")'s Motion to Dismiss the Complaint, the Declaration of Anna Collins Peterson, and the exhibit attached thereto, Defendant Columbia, by and through its counsel, will move this Court, before the Honorable Dale E. Ho, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint with prejudice.

1

Respectfully submitted,

Dated: May 16, 2025
       New York, New York

By: _____
    Gabrielle E. Tenzer
    Anna Collins Peterson
    HECKER FINK LLP
    350 Fifth Avenue, 63rd Floor
    New York, NY 10118
    Tel: (212) 763-0883
    Fax: (212) 564-0883
    gtenzer@heckerfink.com
    apeterson@heckerfink.com

    *Counsel for Defendant The Trustees of Columbia University in the City of New York*

2