UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

            Plaintiff,

  -against-

COLUMBIA UNIVERSITY,

            Defendant.

25-CV-2132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    I have reviewed the parties' Proposed Case Management Plan and Report of Rule 26(f) Conference and Plaintiff's Addenda to the Proposed Case Management Plan. (*See* ECF 39-1; ECF 39-2.) The Initial Case Management Conference scheduled for **May 23, 2025 at 11:30 AM** will proceed as scheduled. Pro se Plaintiff and counsel for the Defendant are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 814 144 991 #**.

DATED:    May 20, 2025
               New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge