UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                Plaintiff,

    -against-

COLUMBIA UNIVERSITY,

                Defendant.

25-CV-2132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    The Court received undocketed communications from pro se Plaintiff, which are attached as Exhibits A through D to this Order.

    Plaintiff is reminded that all communications to the Court must not just copy opposing counsel but also must be filed on the docket. Undocketed communication with chambers is not allowed except in rare, urgent, and time-sensitive circumstances where filing on the docket is not possible.

DATED:    May 23, 2025
                New York, NY

SO ORDERED.

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge