UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

              Plaintiff,

  -against-

COLUMBIA UNIVERSITY,

              Defendant.

25-CV-2132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 30, 2025, Plaintiff filed a letter-motion seeking, among other relief, that Defendant be ordered to modify the mutual No Contact Directives ("NCDs") between Plaintiff and Ms. Roe and Plaintiff and Mr. Roe, so that Plaintiff could seek discovery of those non-party witnesses. (ECF 53.) I held a conference on June 6, 2025, after which I directed Defendant to file a letter on the docket indicating whether it would agree to serve subpoenas on those non-party witnesses. (ECF 55.) Defendant has declined to serve subpoenas on those non-party witnesses. (ECF 64.)

Accordingly, Defendant is ORDERED, by **June 20, 2025**, to modify the NCDs in place between Plaintiff and Ms. Roe and Plaintiff and Mr. Roe to permit such communications as are necessary for Plaintiff to seek the discovery from those non-party witnesses that Plaintiff identified at the June 6, 2025 conference, and to permit Ms. Roe and Mr. Roe to comply with, object to, or otherwise respond to subpoenas seeking such discovery. Defendant may notify Ms. Roe and Mr. Roe in advance of the forthcoming modification of the NCDs. Defendant shall provide the modified NCDs to Plaintiff, Ms. Roe, and Mr. Roe by **June 20, 2025**. On or after **June**

**23, 2025**, Plaintiff may serve subpoenas on Ms. Roe and/or Mr. Roe seeking production of: (a) text messages from April 25, 2022 until June 5, 2024 between Ms. Roe and Mr. Roe related to Plaintiff's disciplinary proceeding, and (b) native-format recordings of conversations between Plaintiff and Mr. Roe. If Ms. Roe and/or Mr. Roe informs Plaintiff that she and/or he is represented by counsel for purposes of receiving and responding to the subpoenas, Plaintiff is ORDERED to direct his communications concerning the subpoenas to such counsel.

DATED:   June 16, 2025
         New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge