UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br> -against-<br><br>COLUMBIA UNIVERSITY,<br><br>      Defendant. | 25-CV-2132 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  This action is scheduled for a telephonic status conference on **June 23, 2025 at 10:00 AM**. Pro se Plaintiff and counsel for the Defendant are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 968 491 692 #**.

DATED: June 17, 2025
     New York, NY

SO ORDERED.

_/s/ Robyn F. Tarnofsky_
**ROBYN F. TARNOFSKY**
United States Magistrate Judge