# JOHN DOE

PO Box #250050
New York, NY 10025
(917) 450-9050

**Direct Dial: (917) 450-9050**
**Direct Email: johndoe.casemail@gmail.com**

June 20, 2025

**VIA ECF**
The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**Re:    *John Doe v. Columbia University* No. 1:25-cv-02132-DEH-RFT**

Dear Judge Tarnofsky:

I write as Plaintiff in the above referenced matter. The exchange Columbia relies upon in its June 18, 2025 "explanation letter" to the Court, (ECF No. 68), was Plaintiff's *summary* of his discovery request(s)—not a formal or exhaustive briefing thereof. Obviously, Columbia is well aware of this, but nonetheless, could not help themselves, and just had to try their luck.

Regardless of whether Plaintiff may have made any inadvertent or unclear statement at the hearing regarding the specific date(s) or scope of discovery he seeks, **Columbia lacks standing to dictate the parameters of third-party discovery from individuals it does not represent in this action.** Columbia's continued efforts to do so is improper and should be rejected by the Court.

While Plaintiff disagrees with Columbia's characterization and rationale in its "explanation letter" to the Court (ECF No. 68), Plaintiff nonetheless makes note of it. However, Plaintiff's June 16, 2025 requests to the Court (ECF No. 66)—that the Court reconsider its Order limiting third-party discovery and order Columbia to disclose its alleged No-Contact Directive Policy that applies to recent students and alumni—stand firm and remain before the Court.

A status conference is scheduled in this matter for June 23, 2025 at 10:00 AM.

Respectfully Submitted,

John Doe
Plaintiff, Pro Se

cc: All Counsel of Record