UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                Plaintiff,

   -against-

COLUMBIA UNIVERSITY,

                Defendant.

25-CV-2132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 17, 2025, I scheduled a telephonic conference in this action for June 23, 2025 at 10:00 AM. (*See* ECF 67.) This conference is rescheduled to **June 23, 2025 at 11:30 AM**. Pro se Plaintiff and counsel for the Defendant are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 968 491 692 #**.

DATED: June 20, 2025
         New York, NY

SO ORDERED.

*/s/ Robyn F. Tarnofsky*
**ROBYN F. TARNOFSKY**
United States Magistrate Judge