UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

               Plaintiff,

  -against-

COLUMBIA UNIVERSITY,

              Defendant.

25-CV-2132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    My order at ECF 65 is modified as follows: On or after June 25, 2025, Plaintiff may serve subpoenas on Ms. Roe and/or Mr. Roe seeking production of: (a) text messages, recordings, email messages, WhatsApp messages, and voice notes from April 23, 2022 until June 5, 2024 between Ms. Roe and Mr. Roe related to Plaintiff's disciplinary proceeding, and (b) native-format recordings (including metadata) of all conversations between Plaintiff and Mr. Roe. If Ms. Roe and/or Mr. Roe informs Plaintiff that she and/or he is represented by counsel for purposes of receiving and responding to the subpoenas, Plaintiff is ORDERED to direct his communications concerning the subpoenas to such counsel.

DATED: June 23, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge