**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED
SDNY PRO SE OFFICE

2025 JUL -2  PM 4: 30

JOHN DOE,

               **Plaintiff,**

    v.

**COLUMBIA UNIVERSITY,**

               **Defendant.**

Case No. 1:25-CV-02132-DEH-RFT

## DECLARATION OF JOHN DOE
## IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

I, John Doe, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Plaintiff in this action and submit this declaration in support of my memorandum of law in opposition to Columbia University's motion to dismiss.

2. I have personal knowledge of the facts stated in the Complaint, and the allegations contained therein are true to the best of my knowledge, information, and belief.

3. I respectfully request that the Court deny the motion to dismiss and allow my claims to proceed.

Dated: July 2, 2025
New York, New York

JOHN DOE
Plaintiff, Pro Se