# EXHIBIT A

Notification of Non-Compliance Action
Middle States Commission on Higher Education
June 30, 2025



**MSCHE**
MIDDLE STATES COMMISSION
ON HIGHER EDUCATION

June 30, 2025

Ms. Claire Shipman
Acting President
Columbia University
535 West 116th Street
New York, NY 10027

## Notification of Non-Compliance Action

Dear Ms. Shipman:

On behalf of the Middle States Commission on Higher Education, I am writing to inform you that on June 26, 2025, the Commission acted as follows:

> To acknowledge receipt of the self-study report. To note the on-site evaluation visit by Commission representatives to the main campus at 535 West 116th Street, New York, NY 10027 on April 6-9, 2025. To note the following additional location was visited: Reid Hall 4, rue de Chevreuse 75006 Paris, France. To warn the institution that its accreditation may be in jeopardy because of insufficient evidence that the institution is currently in compliance with Standard II (Ethics and Integrity). To note that the institution remains accredited while on warning. To note further that federal regulations limit the period during which an institution may be in non-compliance, which starts on June 26, 2025. To request a monitoring report, due November 3, 2025, demonstrating evidence that the institution has achieved and can sustain ongoing compliance with Standard II (Ethics and Integrity), including but not limited to (1) a climate that fosters respect among students, faculty, staff, and administration from a range of diverse backgrounds, ideas, and perspectives (Standard II); (2) institutional policies and procedures, including any campus safety plan and evidence of implementation (Standard II); and (3) compliance with all applicable government laws and regulations, including but not limited to an update on compliance or resolution agreements related to the findings of any investigations by the United States Department of Education's Office of Civil Rights and the United States Department of Health and Human Services' Office of Civil Rights (Standard II) (Fourteenth Edition and Evidence Expectations by Standard Guidelines). To request that the monitoring report also include (1) an update on the status of the institution's finances and the impact on academic programs and operations (Standard VI) and (2) further evidence of the institution being administered in a manner that allows it to realize its stated mission and

goals in a way that effectively benefits the institution, its students, and the other constituencies it serves (Standard VII). To direct a follow-up team visit following submission of the monitoring report. To direct a prompt Commission liaison guidance visit to discuss Commission expectations. The date of the next evaluation will be determined upon reaffirmation of accreditation.

This action is a non-compliance action. An explanation of this type of action is provided in the Commission's *Accreditation Actions Policy* and *Procedures*. If any of the information contained within the action appears to be factually incorrect, please send an email within 60 calendar days of the date of the action to actions@msche.org.

Pursuant to the Commission's *Communication in the Accreditation Process Policy* and *Procedures*, this letter serves as the Commission's official notification of this action. This accreditation action will be publicly available on the Commission's website within 24 hours of informing the institution. In accordance with policy and federal regulation, the Commission provides notification of non-compliance actions to the United States Secretary of Education, the appropriate state or other licensing or authorizing agency, and the appropriate accrediting agencies at the same time it notifies the institution, but no later than 30 days after it takes the action.

Commission policy and procedures allow for the submission of an optional institutional statement, which will be posted on the Commission's website, in response to the above non-compliance action. Any institutional statement must be on institutional letterhead, signed by an authorized representative of the institution, and submitted as a PDF document. Because the institutional statement will be posted publicly, it is important that the institutional statement address the accreditation issue and avoid issues that are not relevant to the action. Hyperlinks are not permitted to be used. The submission of an optional institutional statement must be sent to actions@msche.org within 60 calendar days from the date of the action.

Pursuant to the Commission's *Public Disclosures Policy and Procedures* and federal regulation 34 CFR § 602.26(b), the institution is required to publicly disclose an accurate representation of its current accreditation phase and accreditation status with the Commission, which you will find on the institution's Statement of Accreditation Status (SAS) at the Commission's website. The institution is required to publicly disclose non-compliance and adverse actions. The Commission provides procedures and a sample statement for this disclosure in the *Public Disclosures Policy and Procedures* which must be implemented within seven calendar days of this notification where accreditation is referenced on the institution's website and wherever accreditation is referenced in publications.

It is critical for the institution to review and understand the Commission's policies and procedures which will explain the Commission's actions and the institution's accreditation status:

*<u>Accreditation Actions Policy and Procedures</u>*

*<u>Accreditation Review Cycle and Monitoring Policy and Procedures</u>*

*<u>Communication in the Accreditation Process Policy and Procedures</u>*

*<u>Public Disclosures Policy and Procedures</u>*

*<u>Standards for Accreditation and Requirements of Affiliation</u>*

For questions about the Commission's actions, please contact the institution's assigned Commission staff liaison. Questions from the public about the institution's accreditation phase or accreditation status can be directed to communications@msche.org. For additional information, visit www.msche.org.

Sincerely,

Heather F. Perfetti, J.D., Ed.D.
President