UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                Plaintiff,

   -against-

COLUMBIA UNIVERSITY,

                Defendant.

25-CV-2132 (DEH) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on **July 18, 2025 at 10:00 AM**. The parties should be prepared to discuss Plaintiff's motion to compel filed at ECF 78. Pro se Plaintiff and counsel for Defendant are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 145 915 368 #**.

DATED: July 15, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge