UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>  -against-<br>COLUMBIA UNIVERSITY,<br><br>                    Defendant. | 25-CV-2132 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference today:

1. The parties will revise the language of the proposed confidentiality order to reflect that materials received by the parties from sources other than through the litigation process may be used for purposes other than this litigation.
2. The time for students to object to production of FERPA materials begins to run when Defendant emails the FERPA notices. Any issues relating to waiver of FERPA rights will be dealt with as those issues arise.
3. Documents containing FERPA-protected materials shall be produced with the FERPA material redacted, without prejudice to Plaintiff's ability to seek production in unredacted form to the extent he is prejudiced by the production in redacted form.
4. Defendant shall consider whether it can provide Plaintiff with FERPA notices, and the parties shall meet and confer further on the issue; if they are unable to agree, they shall promptly bring any issues to my attention.
5. Any expert who is provided with confidential information must sign the confidentiality agreement.
6. The parties do not anticipate disputes over the ESI protocols, but if any arise, they shall bring them to my attention promptly.
7. Defendant shall produce its insurance policy to Plaintiff promptly after the entry of a protective order.

The Clerk of Court is respectfully requested to terminate ECF 78. SO ORDERED.

DATED: July 18, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge