**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

apeterson@heckerfink.com

August 1, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re: *Doe v. Columbia University*, No. 25-cv-02132-DEH-RFT (S.D.N.Y.)

Dear Judge Tarnofsky:

  Pursuant to the Court's case management order, *see* ECF 52 at 5, the parties in the above-captioned action write jointly, to respectfully provide an update on the status of discovery. The parties state as follows:

  ***Protective Order.*** On July 25, 2025, the parties submitted a proposed protective order. *See* ECF 85-1. On July 28, 2025, the Court ordered the Confidentiality Stipulation and Proposed Protective Order. *See* ECF 86.

  ***ESI Protocol.*** On July 10, 2025, Defendant Columbia University sent Plaintiff a draft protocol. The parties have exchanged edits on the protocol but have thus far been unable to come to an agreement. The parties plan to meet and confer to discuss the protocol on Monday, August 4, 2025. If the parties are unable to reach an agreement after meeting and conferring, the parties will promptly bring any remaining disputes to Your Honor's attention. *See* ECF 81.

  ***Initial Disclosures.*** On June 20, 2025, the parties exchanged initial disclosures. *See* ECF 52 at 3. On July 18, 2025, Your Honor directed Defendant Columbia University to "produce its insurance policy to Plaintiff promptly after the entry of a protective order." Your Honor entered the Protective Order on July 28, 2025. *See* ECF 86. On July 31, 2025, Defendant Columbia University produced its insurance policy to Plaintiff.

  ***Initial Discovery Requests and Responses.*** On June 27, 2025, the parties exchanged initial requests for production and initial sets of interrogatories. *See* ECF 52 at 4. Also on June 27, 2025, Plaintiff served Defendant Columbia University with initial requests for admission. On July 28, 2025, Defendant Columbia University served responses and objections to Plaintiff's initial discovery requests. *See id.*; Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A). On July 29, 2025, Plaintiff served responses and objections to Defendant Columbia University's initial set of interrogatories, and on July 31, 2025 and August 1, 2025, Plaintiff served responses and objections to Defendant Columbia University's initial set of requests for production.

Hecker Fink LLP

2

      As discussed above, the parties intend to meet and confer on Monday, August 4, 2025, regarding the ESI Protocol. The parties also intend to discuss a variety of other topics including but not limited to their respective objections and responses to their respective discovery requests, a date for Defendant Columbia University to send FERPA notices to Jane Roe and Mack Roe, written discovery into Plaintiff's Center for Student Success and Intervention (CSSI) disciplinary proceeding, Plaintiff's anticipated motion for preliminary injunctive relief, and the potential for an early resolution of this case.

Respectfully submitted,

Anna Collins Peterson