# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

apeterson@heckerfink.com

August 22, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Doe v. Columbia University*, No. 25-cv-02132-DEH-RFT (S.D.N.Y.)

Dear Judge Tarnofsky:

    We write on behalf of Defendant Columbia University, pursuant to Rule I.E of Your Honor's Individual Practices in Civil Cases, to respectfully request that the pre-motion conference scheduled for Friday, August 29, 2025, be adjourned to Friday, September 5, or Monday, September 8, 2025, and that Columbia's response to Plaintiff's letter-motion be due three business days before the re-scheduled conference. *See* ECF 89-90.

    The Court recently granted Plaintiff's request for a pre-motion conference, ECF 89, and set a conference for Friday, August 29, 2025, ECF 90. Pursuant to Rule III.B of Your Honor's Individual Practices in Civil Cases, Columbia's response to Plaintiff's letter-motion would be due by August 25, 2025.

    Columbia respectfully requests that the pre-motion conference be adjourned and the deadline to respond to Plaintiff's letter-motion be extended as set forth above because Columbia's counsel are traveling next week through Labor Day. This is Columbia's first request for the aforementioned adjournment and extension. Plaintiff does not to consent to this request for the reasons stated in the attached email chain.

Respectfully submitted,

*/s/ Anna Collins Peterson*

Anna Collins Peterson

Encl.

---

Application GRANTED. The August 29, 2025 conference is rescheduled for **September 5, 2025 at 10:30 AM**. The parties are directed to join the conference by dialing **(646) 453-4442, Access Code 309 670 919 #**. The deadline for Defendant's response to Plaintiff's letter-motion is **September 2, 2025**.

The Clerk of Court is respectfully requested to terminate ECF 91.

Dated: August 25, 2025
      New York NY

SO ORDERED

*/s/ Robyn F. Tarnofsky*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE