UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

  -against-

COLUMBIA UNIVERSITY,

                Defendant.

25-CV-2132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    As discussed at the discovery conference held on September 5, 2025:

1. Local Rule 33.3 applies to this case;

2. The parties shall meet and confer on the FERPA notices for Jane Roe and Mack Roe, and, if Columbia has not finalized those FERPA notices by **September 19, 2025**, Plaintiff may write a letter to the Court raising this issue again; and

3. Columbia's verification is appropriate.

DATED: September 5, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge