**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

apeterson@heckerfink.com

October 1, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

     Re: *Doe v. Columbia University*, No. 25-cv-02132-DEH-RFT (S.D.N.Y.)

Dear Judge Tarnofsky:

  Pursuant to the Court's case management order, *see* ECF 52 at 5, the parties in the above-captioned action write jointly to respectfully provide an update on the status of discovery. The parties state as follows:

  Discovery in this matter is ongoing. To date, Plaintiff has produced to Defendant Columbia University ("Columbia") 1,843 pages of documents in response to Columbia's First Set of Requests for Production of Documents directed at Plaintiff, and Plaintiff continues to produce documents to Columbia on a rolling basis.

  *ESI Protocol*. Plaintiff sent Columbia proposed edits to the ESI Protocol on September 12, 2025, to which Columbia responded on September 29, 2025. The parties are continuing to discuss Plaintiff's proposed edits and expect an agreement to be reached soon.

  *FERPA Notices*. Columbia sent FERPA notices to Jane Roe's and Mack Roe's attorneys on September 19, 2025, consistent with the Court's Order. *See* ECF 96. Redacted copies of the FERPA notices were sent to Plaintiff, pursuant to Section 2(i) of the Protective Order, ECF 86 at 5, on September 22, 2025.

  *Third-Party Subpoenas.* On September 22, 2025 the Court issued subpoenas to be served on Jane Roe and Mack Roe. On September 23, 2025, Plaintiff served Columbia with a Notice of Subpoena to Jane Roe and Mack Roe, and the service of those subpoenas is being effectuated by Plaintiff.

  *Interrogatories*. Following the Court's Order that Local Rule 33.3 applies to this case, ECF 96, Plaintiff sent Columbia three proposed amended interrogatories on September 5, 2025. On September 30, 2025, Columbia agreed to identify relevant key individuals, to the extent such individuals exist, in response to Plaintiff's three proposed amended interrogatories.

Hecker Fink LLP

2

***Plaintiff's Return to Columbia***. On September 2, 2025 Plaintiff sent Columbia a letter requesting to meet-and-confer regarding his intention to return to Columbia University for the Spring 2026 semester, and the possible need for preliminary injunctive relief from the Court to ensure that he is able to timely re-enroll and register for classes. On September 4, 2025 Columbia responded to Plaintiff informing Plaintiff that they were discussing his letter. The parties have not yet met-and-conferred regarding Plaintiff's September 2, 2025 letter to Columbia. The parties hope to reach an agreement regarding Plaintiff's intention to return to Columbia for the Spring 2026 semester, but to the extent the parties are unable to reach an agreement, the parties will promptly bring the matter to the attention of the Court.

The parties are working diligently to resolve all other discovery-related disputes among themselves as they arise and do not anticipate the need for the Court's intervention at this time. To the extent the parties do reach an impasse and are unable to resolve a dispute, the parties will promptly bring the matter to the attention of the Court.

Respectfully submitted,

Anna Collins Peterson