UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------X
JOHN DOE,

                          Plaintiff,                           NOTICE OF
-against-                           APPEARANCE

COLUMBIA UNIVERSITY,               25-cv-02132

                        Defendant.
------------------------------------------------------------------------------------X

TO:   The Clerk of the Court and all parties of record.

      I am admitted to practice in the United States District Court for the Southern District of New York. I hereby appear as counsel in this case on behalf of a non-party witness to this action. My representation is limited to objecting to Columbia University's production of documents relating to said witness.

Dated:   October 9, 2025
            New York, New York

                                                Respectfully submitted,

                                                BELDOCK LEVINE & HOFFMAN LLP

                               By:_____
                                  David B. Rankin
                                  99 Park Avenue, PH/26th Floor
                                  New York, New York 10016
                                  (212) 277-5825
                                  drankin@blhny.com