UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>    *Plaintiff,*<br><br> v.<br><br>COLUMBIA UNIVERSITY,<br><br>    *Defendant.* | No. 1:25-cv-02132-DEH-RFT<br><br>**NOTICE OF APPEARANCE** |

  Please take notice that the undersigned, Molly K. Webster of KKL LLP, hereby enters her appearance as counsel on behalf of non-party witness Jane Roe in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: October 10, 2025         Respectfully submitted,

                    */s/ Molly K. Webster*
                    Molly K. Webster
                    KKL LLP
                    350 Fifth Avenue, 77th Floor
                    New York, New York 10118
                    Tel.: (212) 390-9550
                    molly.webster@KKLllp.com