# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF:

October 21, 2025

WRITER'S DIRECT CONTACT:
(212) 277-5825
drankin@blhny.com

**VIA ECF ONLY**

Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: **John Doe v. Columbia University
25 Civ. 02132 (SDNY)**

Your Honor:

I write in response to John Doe's (JD) letter of October 20, 2025, at Dkt. 110. JD neglects to inform the court that the undersigned told him he was at his father's memorial and had not been able to communicate with my client regarding the request for alternate service and did not expect to be able to do so until at least Wednesday.

What I did not mention to JD, because I could not imagine it would be necessary, was that these communications were happening while I was preparing my remarks for the memorial commemorating my father's passing. I further did not inform JD that the memorial involved supporting my mother who is in her eighties and had been married to my father for fifty-six years. It was also not mentioned that to be at this memorial involved traveling halfway across the country with two children.

Complicating matters is the undersigned was in the process of preparing response to JD's three-part application to the Court, surprisingly motivated by a request made on consent to extend time to respond in accord with a scheduling order that we were not a party to making. JD's demand that we have a response to a request within 48 hours is unreasonable, especially as there was no urgency to the request. The two days were already spoken for with previously agreed upon obligations. Not to mention travel and the afore mentioned memorial.

BELDOCK LEVINE & HOFFMAN LLP

Hon. Robyn F. Tarnofsky
October 21, 2025
Page 2

      Given the forgoing, we respectfully submit this application is untimely as we have not told JD our position so at this time seeking Court intervention is premature as it is unclear if there is a dispute. Should JD's request not be denied without prejudice as premature, we respectfully request three weeks from this Wednesday, to respond. Should JD's application not be denied as untimely, our requested date to respond would be November 12, 2025.

      We thank Your Honor for your consideration of this request.

                                             Respectfully Submitted,

                                             David B. Rankin