

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

October 22, 2025

**<u>Via ECF</u>**

The Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

        *Re:*    <u>*John Doe v. Columbia University*</u>, No. 25 Civ. 02132 (S.D.N.Y.)

Dear Judge Tarnofsky:

      I represent non-party Jane Roe in the above-captioned litigation. I write to follow up on my letter motion for a pre-motion conference filed last night. *See* ECF No. 113.

      After I filed my letter, Plaintiff agreed to withdraw the second request in his Subpoena,[1] which directed Ms. Roe to "[p]roduce [her] telephone call log sufficient to identify, evidence, or memorialize any and all telephonic communications between [her] and [Mack Roe] during the period of April 23, 2022 through June 5, 2024, including but not limited to call detail records, call logs, internal billing or routing records, metadata, or other records reflecting the date, time, duration, participants, and originating/receiving telephone numbers associated with each such communications." ECF No. 113-1.

      Accordingly, the only remaining discovery disputes to discuss at the October 29, 2025 conference relating to Ms. Roe are (1) Plaintiff's financial responsibility for costs associated with Mr. Roe's response to the Subpoena; and (2) whether Ms. Roe may file a motion to quash the Subpoena to the extent Plaintiff seeks to obtain from Ms. Roe any documents other than "text messages from April 25, 2022 until June 5, 2024 between Ms. Roe and [Mack] Roe related to Plaintiff's disciplinary history," as this Court authorized. June 16 Order at 2. As previously noted, we have begun the process of collecting and reviewing Ms. Roe's text messages. Because of these ongoing disputes, however, Ms. Roe respectfully requests additional time to make her production.

      Thank you for the Court's attention to this matter.

                                                                 Respectfully,

                                      By:   */s/ Molly K. Webster*
                                              Molly K. Webster

---

[1] All terms not otherwise defined herein carry with them the same meaning as in my October 21, 2025 letter, ECF No. 113.