

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

October 24, 2025

**Via ECF**

The Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      *Re:*    **John Doe v. Columbia University, No. 25 Civ. 02132 (S.D.N.Y.)**

Dear Judge Tarnofsky:

    I represent non-party Jane Roe in the above-captioned litigation. I write jointly with Plaintiff regarding my October 21 and 22, 2025 letters to the Court, ECF No. 113, 116, 117. Plaintiff and I are continuing to discuss the scope of Plaintiff's Subpoena directed to Ms. Roe, and who should be responsible for costs of responding to the Subpoena. We believe that with further discussions, including a good faith meet and confer, we may be able to resolve, or at least significantly narrow, these issues without Court intervention.

    Therefore, we respectfully request that any matters related to Plaintiff's Subpoena directed to Ms. Roe not be discussed at the upcoming status conference currently scheduled for Wednesday, October 29, 2025 at 2:00 p.m., which was scheduled to address issues raised in my October 21, 2025 letter, ECF No. 113, and Columbia's October 21, 2025 letter, ECF No. 114.

    We thank the Court for its time and attention to this matter.

               Respectfully,

          By:   */s/ Molly K. Webster*
               Molly K. Webster