# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
   (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

October 24, 2025

REF: 8328.01

WRITER'S DIRECT CONTACT:
(212) 277-5825
drankin@blhny.com

**VIA ECF ONLY**

Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    **John Doe v. Columbia University**
                   **25 Civ. 02132 (SDNY)**

Your Honor:

      My name is David B. Rankin, and I represent Mr. Roe in connection with this litigation. I write to join Columbia University's application at Dkt. No. 114. Given our conference scheduled for Wednesday, October 29, 2025 at 2:00 pm to discuss Dkt. No. 114, we respectfully request the court continue to extend Mr. Roe's time to formally oppose the production of his FERPA information until a date set at our conference next week. See, Dkt. 102.

      Columbia University consents to this request. John Doe has only very recently been asked his position on this application, and he has not responded.

      We thank you for your consideration of this matter.

                                          Respectfully Submitted,

                                          David B. Rankin