UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

COLUMBIA UNIVERSITY,

                Defendant.

25-CV-2132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is non-party Mr. Roe's letter-motion for a protective order (ECF 110). That motion is DENIED as moot. As discussed at the discovery conference on October 29, 2025:

1. Counsel for Mr. Roe shall inform Plaintiff by **October 30, 2025** his position on accepting service of a subpoena. If Plaintiff and Mr. Roe are unable to resolve this issue, Plaintiff may renew his motion for alterative service by **November 3, 2025**.

2. Plaintiff shall seek production of correspondence between Defendant and counsel for Mr. Roe from Defendant.

3. Defendant shall, by **November 5, 2025**, file a letter on the docket providing its best estimate of when it expects to substantially complete its review of "core disciplinary documents" and be in a position to provide those documents to students for FERPA review purposes.

The Clerk of Court is respectfully requested to terminate ECF 110.

DATED: October 29, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge