**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

apeterson@heckerfink.com

November 4, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

        Re:    *Doe v. Columbia University*, No. 25-cv-02132-DEH-RFT (S.D.N.Y.)

Dear Judge Tarnofsky:

Pursuant to the Court's case management order, *see* ECF 52 at 5, the parties in the above-captioned action write jointly to respectfully provide an update on the status of discovery. The parties state as follows:

***Document Discovery.*** Discovery in this matter is ongoing. Plaintiff continues to produce documents to Columbia on a rolling basis. On October 14, 2025, the parties filed a stipulation and proposed order governing production of electronically stored information ("ESI Protocol."), *see* ECF 105, which the Court so-ordered, *see* ECF 106. Columbia has been working to ensure its productions conform with the ESI Protocol and expects to begin producing documents to Plaintiff on a rolling basis this month.

***FERPA Document Review Procedure.*** At the October 29, 2025 telephonic conference, the parties and the Court discussed the process for the review and production of Mr. Roe's FERPA-protected records. The Court ordered Columbia to file a letter by November 5, 2025, providing its best estimate of when it expects to substantially complete its review of "core disciplinary documents" such that it can "provide those documents to students for FERPA review purposes." *See* ECF 122.

***Third-Party Subpoenas.*** At the telephonic conference, pursuant to the discussion among the parties and the Court regarding Plaintiff's October 20, 2025 request at (ECF No. 109) to serve third-party witness Mack Roe with a Rule 45 Subpoena issued in this action by alternative service, the Court ordered counsel for Mr. Roe to inform Plaintiff by October 30, 2025 of his position on accepting service of a subpoena issued in this action directed at Mr. Roe. On October 30, 2025, counsel for Mr. Roe notified Plaintiff that counsel for Mr. Roe would accept service of a subpoena issued in this action directed at Mr. Roe. On October 31, 2025 Plaintiff effectuated service of a subpoena directed at Mr. Roe, by serving counsel for Mr. Roe.

***Interrogatories***. Columbia is working on responses to Plaintiff's three amended interrogatories and expects to serve those responses next week.

Respectfully submitted,

*Anna Collins Peterson*
Anna Collins Peterson