UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

  -against-

COLUMBIA UNIVERSITY,

                Defendant.

25-CV-2132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As discussed at the conference on October 29, 2025, Defendant has already been ordered orally to redact all of Plaintiff's (and any other student's) FERPA-protected information from records containing Mack Roe's FERPA-protected information before producing those documents to counsel for Mack Roe. Columbia shall produce the documents in question to Mack Roe by **December 17, 2025** with the redactions discussed at the conference so that he can review them for FERPA purposes. To be entirely clear, Defendant shall, as discussed at the conference, redact the FERPA-protected information of all students other than Mack Roe from the documents in question when the documents are produced to Mack Roe. Counsel for Mack Roe shall inform the Court by letter by **December 31, 2025** of the status of his review of those documents, at which time I expect to set a schedule for addressing any of Mack Roe's objections to producing his FERPA-protected information to Plaintiff.

      Also as discussed at the conference on October 29, 2025, once any objections by Mack Roe to the production of his FERPA-protected information are resolved, the documents in question shall be produced by Defendant to Plaintiff with any permitted redactions of Mack

Roe's FERPA-protected material; and redactions of all other students' FERPA-protected material except for Mr. Doe's FERPA-protected material. Mack Roe shall not receive copies of any educational records containing unredacted FERPA-protected material of any students other than himself. Thus, documents produced to Mack Roe shall include his FERPA-protected material only. And documents produced to John Doe shall include his FERPA-protected material along with the FERPA-protected material of Mack Roe (a) that Mack Roe agrees may be disclosed to John Doe or (b) that I order disclosed to Plaintiff over the objections of Mack Roe. However, I do not intend to require Defendant to produce the joint educational records of Mack Roe and Plaintiff to Plaintiff by **December 17, 2025** with redactions of Mack Roe's (and all other students') FERPA-protected information but leaving in Plaintiff's FERPA-protected information. Such a requirement will make extra work for Defendant and will necessarily slow down the process of document production in this case. Plaintiff will get copies of the documents in question reflecting his FERPA-protected information as well as any FERPA-protected information of Mack Roe that is to be shared with Plaintiff after any objections by Mack Roe to production of his FERPA-protected material to Plaintiff have been resolved.

If Mack Roe seeks production of Plaintiff's FERPA-protected information, then Plaintiff will have a full opportunity to review the information and object to its production to Mack Roe.

DATED: November 17, 2025
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge