**Hecker Fink LLP**

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63ʳᴰ FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

apeterson@heckerfink.com

December 1, 2025

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

     Re:  *Doe v. Columbia University*, No. 25-cv-02132-DEH-RFT (S.D.N.Y.)

Dear Judge Tarnofsky:

  Pursuant to the Court's case management order, *see* ECF 52 at 5, the parties in the above-captioned action write jointly to respectfully provide an update on the status of discovery. The parties state as follows:

  ***Document Discovery.*** Discovery in this matter is ongoing. Columbia made a document production to Plaintiff on November 25, 2025, and will continue producing documents to Plaintiff on a rolling basis.

  ***FERPA Document Review Procedure.*** In compliance with this Court's November 17, 2025 order, *see* ECF 129, Columbia is preparing to produce appropriately redacted education records to Mack Roe by December 17, 2025.

  ***Interrogatories***. Consistent with Columbia's agreement by email dated September 30, 2025, to provide certain information in response to Plaintiff's proposed amended interrogatories, Columbia served its Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories on November 14, 2025.

  ***Third-Party Subpoenas.*** Plaintiff is continuing to work with counsel for Jane Roe and counsel for Mack Roe to resolve any disputes related to third-party subpoenas issued by Plaintiff. Plaintiff states that there are no current disputes that require the Court's intervention at this time.

  There is a pre-settlement telephone conference with Your Honor scheduled in this matter for today, December 1, 2025 at 3:30PM. *See* ECF 133.

              Respectfully submitted,

              */s/ Anna Collins Peterson*

              Anna Collins Peterson