UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| John Doe,<br><br>       Plaintiff,<br><br>  -against-<br>Columbia University,<br><br>       Defendant. | 25-CV-02132 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Monday, December 15, 2025 at 2:00 PM** to be held in-person with pro se plaintiff and by video conference with counsel for defendant. Plaintiff is expected in Courtroom 9B at 500 Pearl Street, New York, NY. The Courtroom Deputy will send the remote conference details to counsel for defendants.

The parties are instructed to complete an updated Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **December 11, 2025**, **at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED:  December 4, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge