## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

January 7, 2026

REF: 8328.01

WRITER'S DIRECT CONTACT:
(212) 277-5825
drankin@blhny.com

**VIA ECF ONLY**

Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re:    John Doe v. Columbia University**
       **25 Civ. 02132 (SDNY)**

Your Honor:

    I write in response to Your Honor's Order of November 17, 2025, directing an update from Mack Roe on our review of the produced FERPA documents. This update was to be provided to Your Honor on December 31, 2025. The undersigned was out of the Country and was then out of the office for the end of December and I did not double check my dates for this matter as I should have.

    Columbia University provided the documents after the close of business on December 17, 2025. December 18, 2025, was my last day in the office in December. It appears nearly three thousand pages of documents have been produced. I expect Mr. Ravinski, the associate on the case, and I can get through a fair number of them next week. However, we are trying the wrongful death case of *Garcia-Quinones, Luisa v. NY* (Claim No. 137643) during the week of January 26th, so I am reluctant to commit to commit us document review project during this time. After we complete our review, we will then need to review them with Mr. Roe. Having all of that completed by the end of February seems possible, but perhaps optimistic.

    Mack Roe requests that we provide an update to Your Honor on our progress on February 6, 2025 after the conclusion of the trial. Given the lateness of our response to Your Honor's

BELDOCK LEVINE & HOFFMAN LLP

Hon. Robyn F. Tarnofsky
January 7, 2026
Page 2

Order, we have not sought nor received the positions of the parties to this request as I did not wish to delay the update further.

    We thank Your Honor for your patience consideration of this request.

                                                Respectfully Submitted,

                                                David B. Rankin