UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

JOHN DOE,

                Plaintiff

   v.

COLUMBIA UNIVERSITY,

                Defendants.

-------------------------------------------------------------------- X

Case No. 1:25-cv-02131

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all Parties of record:

    **PLEASE TAKE NOTICE** that Jeremy A. Ravinsky, Esq. hereby appears in the above-captioned action on behalf of a non-party witness to this action. My representation is limited to objecting to Columbia University's production of documents relating to said witness.

    I certify that I am admitted to practice in this Court.

Dated:  January 9, 2026
          New York, New York

                                            Respectfully submitted,

                                            BELDOCK LEVINE & HOFFMAN LLP

                   By:    *Jeremy A. Ravinsky*
                                            Jeremy A. Ravinsky
                                            99 Park Avenue, PH/26th Floor
                                            New York, New York 10016
                                            (212) 277-5872
                                            jravinsky@blhny.com