UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| John Doe,<br><br>        Plaintiff,<br><br>  -against-<br>Columbia University,<br><br>        Defendant. | 25-CV-2132 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference is scheduled for **Tuesday, January 20, 2026 at 2:00 PM.** The parties should be prepared to discuss plaintiff's letter at ECF 143. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code 595 755 458#.

DATED: January 13, 2026
       New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge