UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

COLUMBIA UNIVERSITY,

                Defendant.

25-CV-2132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on January 20, 2026, Plaintiff's request for permission to serve interrogatories outside the scope permitted by Local Rule 33.3 is DENIED without prejudice to a future application at an appropriate time. Non-party Jane Roe shall produce the documents that she has prepared for production and meet and confer further with Plaintiff on the scope of her production; if the parties are unable to resolve their disputes, they may bring the issue to the Court.

Dated: January 20, 2026
       New York, NY

SO ORDERED,

_____
ROBYN F. TARNOFSKY
United States Magistrate Judge