BELDOCK LEVINE & HOFFMAN LLP
99 PARK AVENUE, PH/26TH FLOOR
NEW YORK, N.Y. 10016

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

REF: 8328.01

WRITER'S DIRECT CONTACT:
(212) 277-5825
drankin@blhny.com

February 10, 2026

**VIA ECF ONLY**

Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    **John Doe v. Columbia University**
               **25 Civ. 02132 (SDNY)**

Your Honor:

    I write pursuant to Your Honor's order of January 9, 2026 directing an update to be filed by February 9, 2026. Two additional members of our office have been added to the review team for the FERPA documents. The documents have been organized and the review is ongoing. We expect to have the balance of the documents reviewed by February 20, 2026.

    The undersigned respectfully requests we be allowed to provide an update on our progress on February 23, 2026.

    We thank Your Honor for your consideration of this request and your continuing courtesies.

                            Respectfully Submitted,

                            David B. Rankin