# BELDOCK LEVINE & HOFFMAN LLP

99 PARK AVENUE, PH/26TH FLOOR

NEW YORK, N.Y. 10016

| | | |
|---|---|---|
| JONATHAN C. MOORE | TEL: (212) 490-0400 | COUNSEL |
| DAVID B. RANKIN | FAX: (212) 277-5880 | PETER S. MATORIN |
| LUNA DROUBI | WEBSITE: blhny.com | CYNTHIA ROLLINGS |
| MARC A. CANNAN | | KAREN L. DIPPOLD |
| JONATHAN K. POLLACK | | JODY YETZER |
| HENRY A. DLUGACZ | | MARJORY D. FIELDS |
| STEPHEN J. BLUMERT | | EMILY JANE GOODMAN |
| MYRON BELDOCK (1929-2016) | | (JUSTICE, NYS SUPREME COURT, RET.) |
| LAWRENCE S. LEVINE (1934-2004) | | FRANK HANDELMAN |
| ELLIOT L. HOFFMAN (1929-2016) | | |

February 23, 2026

REF: 8328.01

WRITER'S DIRECT CONTACT:
(212) 277-5825
drankin@blhny.com

**VIA ECF ONLY**

Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    **John Doe v. Columbia University**
                  **25 Civ. 02132 (SDNY)**

Your Honor:

      I write with an update to Your Honor and the parties on the progress of our FERPA document review. We have the balance of the documents reviewed and the review will continue this week. We have a meeting with our client scheduled for early next week and are discussing dates to confer with John Doe for later in the week of March 1, 2026.

      Given the foregoing, we respectfully request that we be allowed to update the Court on March 6, 2026, with a proposal for next steps related to these documents.

      We thank Your Honor for your consideration of this request and your continuing courtesies.

                                          Respectfully Submitted,

                                          David B. Rankin