# BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26ᵀᴴ FLOOR
### NEW YORK, N.Y. 10016

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
    (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

February 23, 2026

REF: 8328.01

WRITER'S DIRECT CONTACT:
(212) 277-5825
drankin@blhny.com

**VIA ECF ONLY**

Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Application GRANTED. Mack Roe shall provide an update to the Court on March 6, 2026. The Clerk of Court is respectfully requested to terminate ECF 165.**

**Dated: February 24, 2026**
**New York, NY**

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Re:    **John Doe v. Columbia University**
       **25 Civ. 02132 (SDNY)**

Your Honor:

I write with an update to Your Honor and the parties on the progress of our FERPA document review. We have the balance of the documents reviewed and the review will continue this week. We have a meeting with our client scheduled for early next week and are discussing dates to confer with John Doe for later in the week of March 1, 2026.

Given the foregoing, we respectfully request that we be allowed to update the Court on March 6, 2026, with a proposal for next steps related to these documents.

We thank Your Honor for your consideration of this request and your continuing courtesies.

Respectfully Submitted,

David B. Rankin