UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

  -against-

COLUMBIA UNIVERSITY,

                Defendant.

25-CV-2132 (DEH) (RFT)

**SCHEDULING ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference on February 27, 2026:

1.    Plaintiff shall meet and confer with counsel for Jane Roe and shall, by March 6, 2026, file an agreed-upon redacted version of the document at ECF 163 along with a letter-motion seeking permission to file under seal the unredacted version, which is under temporary seal.

2.    Plaintiff's letter-motion to compel discovery (ECF 164) is GRANTED IN PART and DENIED IN PART, in that Counsel for Jane Roe shall produce a log of all calls between Jane Roe and Mack Roe on days on which either Jane Roe or Mack Roe was interviewed by Columbia.

The Clerk of Court is respectfully requested to terminate ECF 164.

Dated: February 27, 2026
       New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**