# HeckerFink LLP

**NEW YORK | WASHINGTON, DC | LOS ANGELES**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

apeterson@heckerfink.com

March 2, 2026

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

*Re:*    *Doe v. Columbia University*, No. 25-cv-02132-DEH-RFT (S.D.N.Y.)

Dear Judge Tarnofsky:

Pursuant to the Court's case management order, *see* ECF 52 at 5, the parties in the above-captioned action write jointly to respectfully provide an update on the status of discovery. The parties state as follows:

*Document Discovery.* Discovery in this matter is ongoing. Columbia will continue producing documents to Plaintiff on a rolling basis.

*Third-Party Document Discovery.* On February 3, 2026 counsel for non-party Jane Roe produced documents to Plaintiff pursuant to a third-party subpoena served by Plaintiff on Jane Roe. On February 25, 2026, Plaintiff produced documents to Columbia that Plaintiff received from Jane Roe in response to a Subpoena Plaintiff served on Jane Roe, and which were responsive to Columbia's discovery requests directed at Plaintiff. On February 27, 2026, *see* ECF 170, this Court ordered Jane Roe to produce to Plaintiff a log of all calls between Jane Roe and non-party Mack Roe on days on which either Jane Roe or Mack Roe was interviewed by Columbia. Pursuant to the Court's order, *see id.*, Plaintiff is actively conferring with counsel for Jane Roe about appropriate redactions to Plaintiff's Letter Motion at ECF 163.

*FERPA Document Review Procedure.* In accordance with this Court's orders, *see* ECF 129, 140, Columbia produced appropriately redacted education records to counsel for Mack Roe on December 17, 2025, and counsel for Mack Roe provided a status update to the Court on February 23, 2026. On February 24, 2026, *see* ECF 167, this Court ordered counsel for Mack Roe to provide an update on Mack Roe's review of his education records on March 6, 2026. Plaintiff and counsel for Mack Roe intend to meet this week in advance of Mack Roe filing his next status update with the Court on March 6, 2026, to discuss the status of Mack Roe's review of his education records, and Mack Roe's position on the release of his education records to Plaintiff.

Respectfully submitted,

Anna Collins Peterson