# JOHN DOE

PO Box #250050
New York, NY 10025
(917) 450-9050

**Direct Dial: (917) 450-9050**
**Direct Email: johndoe.casemail@gmail.com**

March 3, 2026

**VIA ECF**
The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**EXPEDITE**

Re:   Doe v. Columbia University No. 1:25-cv-02132-DEH-RFT
       Plaintiff's Response to Order to Show Cause

Dear Judge Tarnofsky:

I write as Plaintiff in the above-referenced matter, to respectfully respond to Your Honor's March 2, 2026 (ECF No. 173) **Order to Show Cause** why Plaintiff's Application to Compel at ECF No. 172 should not be denied for failure to comply with the requirements of service on the United States Department of Education Office for Civil Rights (OCR) that are set forth in Rule 4 of the Federal Rules of Civil Procedure. For the reasons stated below, Plaintiff's Application to Compel should not be denied.

Plaintiff's Application to Compel should not be denied for failure to comply with the requirements of service on the United States Department of Education Office for Civil Rights (OCR) that are set forth in Rule 4 of the Federal Rules of Civil Procedure because **FRCP Rule 4 does not apply to Plaintiff's application**. **Rule 4 applies to Service of Summons** on the United States and its agencies, corporations, officers, or employees, *see* FRCP 4(i). **It is Rule 45 of the Federal Rules of Civil Procedure that applies to Plaintiff's Application,** as Plaintiff's Application seeks an order enforcing compliance with a Subpoena Duces Tecum issued by this Court, and Subpoenas Duces Tecum are governed by Rule 45 of the Federal Rules of Civil Procedure, not Rule 4. Plaintiff respectfully submits that he has fully complied[1] with the service of process requirements of Rule 45 of the Federal Rules of Civil Procedure.

For the foregoing reasons, Plaintiff respectfully submits that Plaintiff's Application at ECF No. 172 should not be denied for failure to comply with the service requirements of Rule 4 of the Federal Rules of Civil Procedure. The Court should grant Plaintiff's Application to Compel.

I appreciate the Court's time and attention to this matter.

---

[1] *See* ECF No. 172  Section I of Plaintiff's Application

                                                               Respectfully Submitted,

                                                               */s/ John Doe*

                                                               John Doe,
                                                               Plaintiff, Pro Se

cc: Anna Collins Peterson (VIA ECF)
    Gabrielle E. Tenzer (VIA ECF)