## BELDOCK LEVINE & HOFFMAN LLP

### 99 PARK AVENUE, PH/26ᵀᴴ FLOOR

NEW YORK, N.Y. 10016

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

March 6, 2026

REF: 8328.01

WRITER'S DIRECT CONTACT:
(212) 277-5825
drankin@blhny.com

**VIA ECF ONLY**
Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Re:  **John Doe v. Columbia University**
>      **25 Civ. 02132 (SDNY)**

Your Honor:

In accord with Your Honor's Order at Dkt. 167, I write with an update on our progress in dealing with Mack Roe's FERPA documents. We seek an order permitting additional time to update the Court and the parties about our proposed path forward.

Our review of the FERPA records is essentially complete. We have met with our client and we have met with John Doe. There are separate follow-up meetings with both John Doe and our client scheduled for next week. Once the positions of John Doe and Mack Roe on our proposed path forward are solidified, we intend to present it to Columbia and seek their input. After that is complete, we intend to present an agreed upon plan for Your Honor's consideration or an outline of the various agreements and disagreements and a motion schedule to address them.

With John Doe's consent we propose a further update be provided to the Court on March 20, 2026. We thank Your Honor for your consideration of this request.

Application GRANTED. Mack Roe shall provide an update to the Court by **March 20, 2026**. The update shall include a date by which the production will be made. The Clerk of Court is respectfully requested to terminate ECF 182.

Respectfully Submitted,

David B. Rankin

Dated:  March 9, 2026
        New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE