# JOHN DOE

PO Box #250050  
New York, NY 10025  
(917) 450-9050

**Direct Dial: (917) 450-9050**  
**Direct Email: johndoe.casemail@gmail.com**

March 12, 2026

<u>VIA ECF</u>  
The Honorable Robyn F. Tarnofsky  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 703  
New York, NY 10007

**EXPEDITE**

Re:    Doe v. Columbia University No. 1:25-cv-02132-DEH-RFT  
       Motion to Reschedule Conference

Dear Judge Tarnofsky:

    I write as Plaintiff in the above-referenced matter, to respectfully request that the March 18, 2026, Conference (ECF No. 179) be rescheduled due to a scheduling conflict with Plaintiff's employment. Plaintiff respectfully requests that the Conference be rescheduled for the following week of March 23, 2026 - March 27, 2026.

    This is Plaintiff's first request to reschedule the conference.  
    Your Honor's time and attention to this matter is greatly appreciated.

Respectfully Submitted,

*/s/ John Doe*

John Doe,  
Plaintiff, Pro Se

cc: Anna Collins Peterson **(VIA ECF)**  
    Gabrielle E. Tenzer **(VIA ECF)**