# JOHN DOE

PO Box #250050
New York, NY 10025
(917) 450-9050

**Direct Dial: (917) 450-9050**
**Direct Email: johndoe.casemail@gmail.com**

April 1, 2026

<u>VIA ECF</u>
The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

# EXPEDITE

Re:    Doe v. Columbia University No. 1:25-cv-02132-DEH-RFT

Dear Judge Tarnofsky:

I write as Plaintiff in the above-referenced matter, in response to Molly Webster's Letter at ECF 191 requesting a pre-motion conference and orders from the Court concerning costs related to discovery. For the reasons stated below, Ms. Webster's requests should be **denied** as premature.

1. Ms. Webster has not met and conferred with Plaintiff.
2. Ms. Webster's production is incomplete.
3. Discovery in this matter is stayed until filing of a new operative complaint (ECF 189).

For the foregoing reasons, Ms. Webster's requests should be **denied** as premature.

I appreciate Your Honor's time and attention to this matter.

Respectfully Submitted,

John Doe,
Plaintiff, Pro Se

cc: All Counsel of Record (VIA ECF)