

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

April 16, 2026

**<u>Via ECF</u>**

The Hon. Robyn F. Tarnofsky
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      ***Re:***     ***<u>John Doe v. Columbia University</u>***, **No. 25 Civ. 2132 (DEH)(RFT) (S.D.N.Y.)**

Dear Judge Tarnofsky:

    I represent non-party Jane Roe in the above-captioned litigation.  I write to respectfully request that the Court reschedule the conference currently set for May 5, 2026 at 4:00pm.  Due to a previously scheduled travel commitment, I will be on an airplane and unavailable to appear for the conference as currently calendared.  I sincerely apologize for any inconvenience this may cause.

    I respectfully request that the conference be rescheduled to another day that week. Specifically, I have conferred with Plaintiff regarding this request, and we are both available on May 4, 6, and 8 at any time.

    Thank you for the Court's attention to this matter.  I stand ready to provide any additional information the Court may require.

               Respectfully submitted,
               KKL LLP

        By:    */s/ Molly K. Webster*
             Molly K. Webster

Application GRANTED. The conference scheduled for May 5, 2026 at 4:00 PM is adjourned and shall now be held on **May 6, 2026 at 11:00 AM**. The conference number and access code remain the same as originally set forth in ECF 192 ((646) 453-4442, Access Code: 860 660 471#). The Clerk of Court is respectfully requested to terminate ECF 198.

Dated: April 16, 2026
     New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE