# JOHN DOE

PO Box #250050
New York, NY 10025
(917) 450-9050

**Direct Dial: (917) 450-9050**
**Direct Email: johndoe.casemail@gmail.com**

May 5, 2026

**VIA ECF**
The Honorable Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    Doe v. Columbia University No. 1:25-cv-02132-DEH-RFT
**Notice of Supplemental Authority**

Dear Judge Ho:

I write as Plaintiff in the above-referenced action to respectfully provide the Court with additional authority in support of Plaintiff's Motion for Reconsideration of this Court's March 23, 2026, 188 Opinion and Order filed at ECF 196.

Plaintiff attaches hereto as "Attachment A" a true and correct copy of Defendant Columbia University's Notice of Investigation and Allegations ("NOIA") that Columbia sent to Plaintiff at the commencement of the underlying sexual misconduct disciplinary proceedings that gave rise to this lawsuit. Specifically, the NOIA states that "[T]he investigation and adjudication of this matter will follow the Gender-Based Misconduct Investigation and Hearing Panel Procedure and **not the Interim Title IX Policy Investigation and Hearing Procedure.**" *See* Attachment A Page 2.

Your Honor's notice and attention to this matter is *greatly* appreciated.

Respectfully Submitted,

John Doe,
Plaintiff, *Pro Se*

cc:  Counsel of Record  (VIA ECF)

# CERTIFICATION OF JOHN DOE

I John Doe, hereby certify under penalty of perjury under 28 U.S.C. § 1746 that "Attachment A" hereto is a true and correct copy of Columbia's Notice of Investigation and Allegations ("NOIA") that Defendat Columbia University sent to Plaintiff on May 17, 2022.

**Dated: May 5, 2026**
**New York, New York**

**Respectfully Submitted,**
**JOHN DOE**

**By:** _____

**John Doe**
**PO Box #250050**
**New York, New York 10025**
**(917) 450-9050**
**johndoe.casemail@gmail.com**
**Plaintiff, *Pro Se***

# <u>ATTACHMENT A</u>

# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

STUDENT CONDUCT AND COMMUNITY STANDARDS

May 17, 2022

█ JOHN DOE █
Sent electronically to █ JOHN DOE █@columbia.edu

Dear █ JOHN █

Please see the attached letter.

Sincerely,

*[signature]*

Alyssa Anzalone-Newman
Title IX Investigator

CC: Colleen Walsh, Senior Director of Title IX Investigations
    Adrienne Blount, Director, Case Management & Community Engagement
    Student File

May 17, 2022

████ JOHN DOE ████
Sent electronically to ██ JOHN DOE ██ @columbia.edu

Dear ██ JOHN ██



Due to the currently known facts and circumstances underlying the allegations in this case, the investigation and adjudication of this matter will follow the Gender-Based Misconduct Investigation and Hearing Panel Procedure and not the Interim Title IX Policy Investigation and Hearing Procedure. Importantly, final charges will be assessed based on all of the information gathered, including but not limited to the initial reported allegations. It is the final charges that will be submitted to a Hearing Panel for adjudication, should a Hearing Panel be convened.



---

[1] Non-consensual abuse or exploitation of another person's sexuality for the purpose of sexual gratification, financial gain, personal benefit or advantage, or any other illicit purpose. See Policy at p. 11.

[2] A course of unwanted attention that is repeated or obsessive, directed toward an individual or a group and that is reasonably likely to cause alarm, fear or substantial emotional distress. See Policy at p. 11.