UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                    Plaintiff,

        -against-

COLUMBIA UNIVERSITY,

                    Defendant.

25cv02132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

The defendants currently listed on the docket are not reflective of the defendants still active in this case. Accordingly, the Clerk of Court is respectfully requested to remove all defendants from the docket except for Columbia University and to restore Jane Roe's status on the docket as the non-party witness, with Ms. Molly K. Webster of KKL as her counsel of record.

DATED:  June 9, 2026
            New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**