UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                    *Plaintiff,*

              v.                                        No. 1:25-cv-02132-DEH-RFT

COLUMBIA UNIVERSITY,

                    *Defendant.*

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Jessie-Lauren Pierce, and subject to the approval of the Court, Molly K. Webster hereby withdraws as counsel for non-party Jane Roe and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.  Ms. Webster is no longer associated with KKL LLP.  Ms. Pierce will continue to represent Ms. Roe in this proceeding.

Date:   New York, New York
        June 15, 2026

                                        **KKL LLP**

                                By:   *Jessie-Lauren Pierce*
                                      Jessie-Lauren Pierce
                                      KKL LLP
                                      350 Fifth Avenue, 77th Floor
                                      New York, New York 10118
                                      Tel.: (212) 390-9550
                                      Jessie.Pierce@KKLllp.com

                                      *Attorneys for Non-party Jane Roe*

SO ORDERED:

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

*Plaintiff*,

v.

COLUMBIA UNIVERSITY,

*Defendant*.

No. 1:25-cv-02132-DEH-RFT

---

### DECLARATION OF JESSIE-LAUREN PIERCE

1. I am an associate at the law firm KKL LLP, counsel for non-party Jane Roe.  I submit this declaration to notify the Court that Molly K. Webster is withdrawing as counsel for Ms. Roe because Ms. Webster left the employ of KKL LLP.

2. I will continue to represent Ms. Roe in this proceeding.

3. Ms. Webster's withdrawal will not delay the matter or prejudice any party.

4. Ms. Webster is not asserting a retaining or charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Date: New York, New York
   June 15, 2026


      By:  *Jessie-Lauren Pierce*
          Jessie-Lauren Pierce