UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

COLUMBIA UNIVERSITY,

Defendant.

25cv02132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

Plaintiff's motion to seal at ECF 230 is GRANTED. Plaintiff is permitted to file the unredacted version of his pre-motion letter and accompanying attachments (see ECF 231) under seal, with access to court personnel and case participants. The Clerk of Court is respectfully requested to terminate ECF 230.

DATED: July 31, 2026
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**