UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

COLUMBIA UNIVERSITY,

Defendant.

25cv02132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

Pending before the Court is a request to seal the transcript of the public portion of the conference held on August 4, 2026. (ECF 237.) Application DENIED. There currently is no such transcript – only a recording. If a transcript is requested, I expect to order that it be filed under seal, since the discussion at the conference covered confidential settlement communications. The Clerk of Court is respectfully requested to terminate ECF 237.

DATED: August 10, 2026
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**