Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

apeterson@heckerfink.com

September 3, 2026

**VIA ECF**

The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re:* *Doe v. Columbia University*, No. 25-cv-02132-DEH-RFT (S.D.N.Y.)

Dear Judge Tarnofsky:

We write on behalf of Defendant The Trustees of Columbia University in the City of New York ("Columbia") to respectfully request that Columbia be permitted to file a letter with redactions. In accordance with Rule III.E of Your Honor's Individual Practices in Civil Cases, we are publicly filing the letter with the proposed redactions and filing under seal an unredacted version with the proposed redactions highlighted.

The portions of the letter that Columbia seeks to redact refer to information contained in prior filings in this matter, ECF 219, 219-1 & 219-2, which Your Honor has concluded warrant redactions and sealing, *see* ECF 240 at 5 (determining "sealing of the exhibits and redactions of references to the exhibits is appropriate"). Plaintiff consented to Columbia's motion to seal those prior filings, and for all the reasons explained in Columbia's motion to seal those filings, Columbia respectfully requests that it be permitted to redact on the public docket the limited portions of its letter referring to Plaintiff's education records related to his request for disability-related accommodations. *See* ECF 217; *see also Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006); *Zayas v. Aviles-Ramos*, No. 25 Civ. 7561, 2026 WL 263396, at *1 n.1 (S.D.N.Y. Jan. 30, 2026) (granting motion to file under seal and holding that the "public interest in the students' educational records is low, and the students' privacy interest is high").

Respectfully submitted,

Anna Collins Peterson