UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

COLUMBIA UNIVERSITY,

Defendant.

25cv02132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

Pending before the Court is Defendant's motion to redact information relating to Plaintiff's request for disability-related accommodations (ECF 242). For the reasons set forth at ECF 240 at 5, the motion is granted. The Clerk of Court is respectfully requested to terminate ECF 242 and to maintain ECF 243 under seal; the redacted version of that document appears at ECF 244.

DATED: September 4, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**