UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

COLUMBIA UNIVERSITY,

Defendant.

25cv02132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

On September 18, 2026, Plaintiff filed a motion for reconsideration of the Court's September 8, 2026 Corrected Opinion and Order denying Plaintiff's motion to strike. (*See* EFC 253.) Defendant's opposition, if any, to the motion for reconsideration shall be filed by **October 2, 2026**, and Plaintiff's reply in further support, if any, shall be filed by **October 9, 2026**.

DATED: September 23, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**