Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

gtenzer@heckerfink.com

October 7, 2026

**VIA ECF**

The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re:* *Doe v. Columbia University*, No. 25-cv-02132-DEH (S.D.N.Y.)

Dear Judge Ho:

We write on behalf of Defendant The Trustees of Columbia University in the City of New York ("Columbia"), pursuant to Rule 2(d) of Your Honor's Individual Practices in Civil Pro Se Cases, to respectfully request a one-week extension of Columbia's time to respond to Plaintiff's Written Objections to Judge Tarnofsky's Report and Recommendation, ECF 258 ("Plaintiff's Objections"), from October 14 to October 21, 2026.

Plaintiff's deadline for objecting was initially September 11, 2026, *see* ECF 240 at 29, and was reset to September 22, 2026, when Judge Tarnofsky issued a Corrected Report and Recommendation, *see* ECF 247 at 2. Plaintiff's Objections were filed the following week due to a docketing error. *See* ECF 257. Columbia was served with Plaintiff's Objections via transmission of the Notice of Electronic Filing when the filing was entered on the docket on September 30, 2026. *See* Ct. Docket, *Doe v. Columbia Univ.*, No. 25-cv-02132-DEH (S.D.N.Y.), at ECF 258. Columbia's current deadline to respond to Plaintiff's Objections is therefore October 14, 2026. *See* Fed. R. Civ. P. 72(b)(2).

In light of my colleague, Ms. Peterson, being unexpectedly out of the office, Columbia respectfully requests a one-week extension of its deadline, or until October 21, 2026. This is Columbia's first request for an extension to respond to Plaintiff's Objections. Plaintiff "strongly object[s]" to this request, on the bases that the Court did not grant Plaintiff's requests for an extension of time to object to Judge Tarnofsky's Report and Recommendation and that Columbia did not consent to Plaintiff's requests for an extension.[1] The parties have no scheduled appearances before the Court.

Respectfully submitted,

Gabrielle E. Tenzer

[1] Columbia took no position on Plaintiff's requests for an extension. *See* ECF 251 & 252.