JOHN DOE

PO Box #250050
New York, NY 10025
(917) 450-9050

**Direct Dial: (917) 450-9050**
**Direct Email: johndoe.casemail@gmail.com**

October 7, 2026

**VIA ECF**
The Honorable Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: Doe v. Columbia University No. 1:25-cv-02132-DEH-RFT**

Dear Judge Ho:

I am the Plaintiff in the above-referenced action, and I write to respectfully object to Columbia's October 7, 2026 letter request (ECF No. 262 ) for a one-week extension of time to file a response to Plaintiff's Objections to Magistrate Judge Tarnofsky's September 8, 2026 Corrected Report and Recommendation (R&R) on Plaintiff's Motion to Amend the Complaint. For the reasons *infra*, Plaintiff respectfully requests that Your Honor deny Columbia's request.

As Your Honor is aware, Plaintiff made two (2) timely requests to Your Honor for an extension of time to file his objections to Judge Tarnofsky's Corrected R&R (See ECF Nos. 251, 252). Your Honor declined to rule on Plaintiff's timely requests for an extension of time. Plaintiff timely filed his objections on September 22, 2026, which were docketed and served on September 30, 2026 (*See* ECF No. 258). *See also* ECF No. 257 (explaining docketing delay).

Because *Plaintiff* did not enjoy the benefit of any extension of time to file his objections, despite making two (2) timely requests to the Court, it would be inappropriate for the Court to grant *Columbia's* request for an extension of time to file a response to Plaintiff's objections, notwithstanding that Columbia's request appears to be timely.

Accordingly, and for the reasons *infra,* Plaintiff respectfully requests that the Court deny Columbia's request for an extension of time to file a response to Plaintiff's Objections to Magistrate Judge Tarnofsky's September 8, 2026 Corrected Report and Recommendation (R&R) on Plaintiff's Motion to Amend the Complaint or, in the alternative, leave Columbia's request unaddressed and unresolved through its existing deadline, consistent with the disposition of Plaintiff's two (2) timely requests for the same relief.

Your Honor's attention to this matter is greatly appreciated.

Respectfully Submitted,

John Doe,
Plaintiff, *Pro Se*

cc: Counsel for Defendant Columbia University (VIA ECF)