UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

COLUMBIA UNIVERSITY,

Defendant.

25cv02132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, UNITED STATES MAGISTRATE JUDGE:**

Defendant's motion to seal (ECF 259) the unredacted version of ECF 260, which appears at ECF 261, is GRANTED. The proposed redactions are limited to portions of Defendant's letter discussing Plaintiff's educational records. The "public interest in students' educational records is low, and the students' privacy interest is high." Zayas v. Aviles-Ramos, No. 25-CV-7561, 2026 WL 263396, at *1 n.1 (S.D.N.Y. Jan. 30, 2026). Accordingly, ECF 261 shall remain sealed.

The Clerk of Court is respectfully requested to terminate ECF 259.

DATED: October 22, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**