UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

Plaintiff,

-against-

COLUMBIA UNIVERSITY,

Defendant.

25-CV-2132 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion to correct my order at ECF 269 denying reconsideration. (*see* ECF 270, Pl.'s Mot.) The motion is GRANTED IN PART and DENIED IN PART.

Plaintiff first asserts that I mischaracterized his position in his motion for reconsideration (ECF 253) when I stated that he took the position that reconsideration was warranted to correct a clear error and prevent manifest injustice, when in fact he took the position that "[i]t would be manifest injustice to Plaintiff if the Court is permitted to consider Defendant's cherry-picked, out-of-context, misleading, and extrinsic exhibits [to contradict Plaintiff's allegations] in adjudicating Plaintiff's Motion to Amend the Complaint in determining whether Plaintiff's ADA claim is futile as a matter of law." (ECF 270, Pl.'s Mot. at 1.)[1] I do not understand the distinction that Plaintiff seeks to make, and so I stand by my characterization of his argument. Plaintiff is of course free to take this issue up with Judge Ho.

Plaintiff next argues, correctly, that the order at ECF 269 misstates the holding of *Roth v. Jennings,* 489 F.3d 499, 505 (2d Cir. 2007). While I do not believe that *Roth,* properly cited, changes the outcome of either the motion for reconsideration or the recommendation in ECF

[1] Unless otherwise indicated, this order omits internal quotation marks, citations, footnotes, and alterations from quoted text.

246 that Judge Ho should deny Plaintiff's motion to amend his ADA claim as futile, I am withdrawing both the corrected report and recommendation at ECF 246 and the order denying the motion for reconsideration at ECF 269. I will promptly issue corrected versions of both documents.

The Clerk of Court is respectfully requested to (1) strike ECF 246; (2) strike ECF 269; and (3) terminate ECF 270.

Dated: November 10, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**