# JOHN DOE

PO Box #250050
New York, NY 10025
(917) 450-9050

**Direct Dial: (917) 450-9050**
**Direct Email: johndoe.casemail@gmail.com**

November 23, 2026

**VIA ECF**
The Honorable Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**Re: *Doe v. Columbia University* No. 1:25-cv-02132 (DEH) (RFT); Plaintiff's Notice of Supplemental Authority**

Dear Judge Tarnofsky:

Plaintiff writes to provide the Court with supplemental authority directly relevant to (i) Your Honor's forthcoming corrected Order on Plaintiff's now-pending Motion to Strike (ii) Your Honor's forthcoming corrected Report and Recommendation ("R&R) on Plaintiff's Motion to Amend the Complaint and (iii) Your Honor's forthcoming order on Plaintiff's now-pending Motion for Reconsideration of Your Honor's order denying Plaintiff's Motion to Strike.

In *Taylor v. City of New York,* No. 18-CV-5500 (KAM)(ST), 2021 WL 848966, (E.D.N.Y. Mar. 4, 2021), the Honorable Kiyo A. Matsumoto explored the question of whether extrinsic exhibits outside of the pleadings proffered to the court by a defendant in opposition to a motion to amend a complaint may be considered by the Court at the Rule 15 motion to amend stage to contradict a plaintiff's allegations without converting the motion into a Rule 56 motion for summary judgment. Judge Matsumoto determined they could not be considered, explaining:

> "The court declines to consider documents from outside of the pleadings at this stage. At the Rule 15 motion to amend stage, the court is restricted by the limitations of a Rule 12(b)(6) inquiry and may not consider outside exhibits without converting the motion into a motion for summary judgment." *See Taylor v. City of New York*, No. 18-CV-5500 (KAM)(ST), 2021 WL 848966, at *4 (E.D.N.Y. Mar. 4, 2021) citing *Goel v. Bunge, Ltd.*, 820 F.3d 554 (2d Cir. 2016) (citing *Goel v. Bunge, Ltd.*, 820 F.3d 554 (2d Cir. 2016)) (applying controlling second circuit precedent and declining to consider the extrinsic documents submitted by the defendant in opposition to the proposed amended complaint for the purpose of contradicting the plaintiff's allegations, and granting the plaintiff leave to amend the complaint).

Your Honor's notice of this supplemental authority is greatly appreciated.

**Respectfully Submitted,**



**John Doe,**
**Plaintiff, *Pro Se***

cc: Counsel for Defendant Columbia University (VIA ECF)